JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
JASON M. JULIAN (State Bar No. 215342)
jmj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:   (415) 956-0439

SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Plaintiff
EMC MORTGAGE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMC MORTGAGE CORPORATION, | Case No.:  CV07-6962 CAS (Ex) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| NORMAN DAVID ROEBUCK, | Judge:  Hon. Christina A. Snyder |
| Defendant. | Dept.:   5 |
| NORMAN DAVID ROEBUCK, | |
| Counter Claimant, | |
| vs. | |
| EMC MORTGAGE CORPORATION, | |
| Counter Defendant. | |

11474/0081/770872.1

[Proposed] Order Dismissing Complaint and Cross-Complaint
Case No. CV07-06962 CAS (Ex)

1 | **ORDER**

2 | Pursuant to the Parties' stipulation,

3 | IT IS HEREBY ORDERED THAT the above-captioned complaint and

4 | cross-complaint are dismissed with prejudice, each side to bear his or its own costs.

5 |

6 | DATED: November 12, 2009         *Christina A. Snyder*

7 |

8 |                          The Honorable Christina A. Snyder
                              United States District Court Judge